| | | | |
|---|---|---|---|
| Com. v. Flemister [6] | 1951 MDA 2015<br>Affirmed | 09/08/2016 | CP–22–CR–0002037–2015<br>(Dauphin) |
| Com. v. Thurston | 878 WDA 2015<br>Affirmed | 09/08/2016 | CP–02–CR–0013236–2012<br>(Allegheny) |
| Com. v. Peterman | 1412 WDA 2015<br>Affirmed | 09/08/2016 | CP–65–CR–0000600–2013<br>(Westmoreland) |
| M.C.B. v. J.B. | 1523 WDA 2015<br>Affirmed | 09/08/2016 | FD 08–9184<br>(Allegheny) |
| Com. v. Howard | 1560 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/08/2016 | CP–02–CR–0007680–2011<br>CP–02–CR–0010822–2010<br>CP–02–CR–0014515–2010<br>(Allegheny) |
| Com. v. Styen | 1925 WDA 2015<br>Affirmed | 09/08/2016 | CP–02–CR–0017244–2009<br>(Allegheny) |
| Com. v. Thurmon | 1958 WDA 2015<br>Affirmed | 09/08/2016 | CP–02–CR–0003900–2007<br>(Allegheny) |
| Com. v. Howard | 16 WDA 2016<br>Affirmed,<br>Vacated and<br>Remanded | 09/08/2016 | CP–02–CR–0001022–2015<br>(Allegheny) |
| In Matter Adoption S.R.B.; Appeal of C.R.B. | 531 WDA 2016<br>Affirmed | 09/08/2016 | 55 in Adoption 2015<br>(Erie) |
| Com. v. Bolden | 157 EDA 2011<br>Affirmed | 09/09/2016 | CP–51–CR–0012129–2010<br>(Philadelphia) |
| Com. v. Wood | 670 EDA 2015<br>Affirmed | 09/09/2016 | CP–51–CR–0009244–2014<br>(Philadelphia) |
| Com. v. McNeil | 982 EDA 2015<br>Affirmed | 09/09/2016 | CP–51–CR–0114201–1980<br>(Philadelphia) |
| Com. v. Black | 2224 EDA 2015<br>Vacated and<br>Remanded | 09/09/2016 | CP–51–CR–0801921–2006<br>(Philadelphia) |
| Com. v. Clemens | 2415 EDA 2015<br>Affirmed | 09/09/2016 | CP–51–CR–0011993–2014<br>(Philadelphia) |
| Com. v. Edwards | 2755 EDA 2015<br>Affirmed | 09/09/2016 | CP–51–CR–0006809–2009<br>(Philadelphia) |
| Bank of New York v. Mazza | 2770 EDA 2015<br>Affirmed | 09/09/2016 | No. 2012–05926–RC<br>(Chester) |

6. Petition for reargument denied November 18, 2016.